

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.                                          CRIMINAL NO. 4:07cr120

ANTHONY TYRONE DARDEN,

                    Defendant.

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT
AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One (1) of the indictment is now **ACCEPTED** and the defendant is **ADJUDGED GUILTY** of such offense. Sentencing is hereby scheduled for September 19, 2008, at 10:00 a.m.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO **ORDERED**.

                                        /s/
                            **Rebecca Beach Smith**
                            **United States District Judge**

                            REBECCA BEACH SMITH
                            UNITED STATES DISTRICT JUDGE

Norfolk Virginia
June 4 , 2008